| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Christopher Krupa; aka Chris Krupa |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Ohio |
| Case number | 16-14315-aih |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 3 3 0 8

**Date of payment change:** Must be at least 21 days after date of this notice: 02/01/2020

**New total payment:** Principal, interest, and escrow, if any: $ 382.30

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 106.75     New escrow payment: $ 73.84

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ __/s/ Molly Slutsky Simons__   Date __12/18/2019__
Signature

Print: __Molly Slutsky Simons__   Title __Attorney for Creditor__
        First Name   Middle Name   Last Name

Company __Sottile & Barile, Attorneys at Law__

Address __394 Wards Corner Road, Suite 180__
        Number   Street
__Loveland__   __OH__   __45140__
City   State   ZIP Code

Contact phone __513-444-4100__   Email __bankruptcy@sottileandbarile.com__

SN Servicing Corporation                      Final
323 FIFTH STREET
EUREKA, CA 95501
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  December 06, 2019

CHRISTOPHER KRUPA                                                                      Loan:
1651 MENTOR AVE APT 1003                         Property Address:
PAINESVILLE OH  44077                            1651 MENTOR AVENUE UNIT APT 1003
                                                 PAINESVILLE, OH  44077

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Feb 2019 to Jan 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Feb 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 308.46 | 308.46 |
| Escrow Payment: | 106.75 | 73.84 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $415.21 | $382.30 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Nov 01, 2019 |
| Escrow Balance: | 800.00 |
| Anticipated Pmts to Escrow: | 320.25 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $1,120.25 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Starting Balance | 802.58 | 130.99 |
| Feb 2019 | 100.32 | 151.32 | 601.93 |  | * County Tax | 300.97 | 282.31 |
| Mar 2019 | 100.32 | 106.75 |  |  | * | 401.29 | 389.06 |
| Apr 2019 | 100.32 | 106.75 |  |  | * | 501.61 | 495.81 |
| May 2019 | 100.32 | 106.75 |  |  | * | 601.93 | 602.56 |
| Jun 2019 | 100.32 | 106.75 |  |  | * | 702.25 | 709.31 |
| Jun 2019 |  |  |  | 443.06 | * County Tax | 702.25 | 266.25 |
| Jul 2019 | 100.32 | 106.75 | 601.93 |  | * County Tax | 200.64 | 373.00 |
| Aug 2019 | 100.32 | 106.75 |  |  | * | 300.96 | 479.75 |
| Sep 2019 | 100.32 | 106.75 |  |  | * | 401.28 | 586.50 |
| Oct 2019 | 100.32 | 106.75 |  |  | * | 501.60 | 693.25 |
| Nov 2019 | 100.32 | 106.75 |  |  | * | 601.92 | 800.00 |
| Dec 2019 | 100.32 |  |  |  | * | 702.24 | 800.00 |
| Jan 2020 | 100.32 |  |  |  | * | 802.56 | 800.00 |
|  |  |  |  |  | Anticipated Transactions | 802.56 | 800.00 |
| Dec 2019 |  | 213.50 |  |  |  |  | 1,013.50 |
| Jan 2020 |  | 106.75 |  |  |  |  | 1,120.25 |
|  | $1,203.84 | $1,432.32 | $1,203.86 | $443.06 |  |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 1,203.86.  Under Federal law, your lowest monthly balance should not have exceeded 200.64 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are

Page 1

silent on this issue. Your actual lowest monthly balance was greater than 200.64.  The items with an asterisk on your Account History may explain this.  If you want a further explanation, please call our toll-free number.
**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

Page 2

Analysis Date:　December 06, 2019

CHRISTOPHER KRUPA　　　　　　　　　　　　　　　　　　　　　　Loan: █████

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 1,120.25 | 590.77 |
| Feb 2020 | 73.84 | 443.06 | County Tax | 751.03 | 221.55 |
| Mar 2020 | 73.84 | | | 824.87 | 295.39 |
| Apr 2020 | 73.84 | | | 898.71 | 369.23 |
| May 2020 | 73.84 | | | 972.55 | 443.07 |
| Jun 2020 | 73.84 | | | 1,046.39 | 516.91 |
| Jul 2020 | 73.84 | 443.06 | County Tax | 677.17 | 147.69 |
| Aug 2020 | 73.84 | | | 751.01 | 221.53 |
| Sep 2020 | 73.84 | | | 824.85 | 295.37 |
| Oct 2020 | 73.84 | | | 898.69 | 369.21 |
| Nov 2020 | 73.84 | | | 972.53 | 443.05 |
| Dec 2020 | 73.84 | | | 1,046.37 | 516.89 |
| Jan 2021 | 73.84 | | | 1,120.21 | 590.73 |
| | $886.08 | $886.12 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 147.69. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 147.69 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,120.25. Your starting balance (escrow balance required) according to this analysis should be $590.77. This means you have a surplus of 529.48. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be 886.12. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 73.84 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $73.84 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## CLEVELAND DIVISION

| | |
|---|---|
| In Re: | Case No. 16-14315-aih |
| Christopher Krupa <br> *aka* Chris Krupa | Chapter 13 |
| Debtor(s). | Judge Arthur I. Harris |

## CERTIFICATE OF SERVICE

I certify that on December 18, 2019, a true and correct copy of this Notice or Mortgage Payment Change was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

   Robert J. Delchin, Debtor's Counsel
   rdelchin@rcbiales.com

   Lauren A Helbling, Trustee
   ch13trustee@ch13cleve.com

   Office of the U.S. Trustee
   (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

   Christopher Krupa, Debtor
   1651 Mentor Ave.
   #1003
   Painesville Twp, OH 44077

   Respectfully Submitted,

   /s/ Molly Slutsky Simons
   Molly Slutsky Simons (0083702)
   Sottile & Barile, Attorneys at Law
   394 Wards Corner Road, Suite 180
   Loveland, OH 45140
   Phone: 513.444.4100
   Email: bankruptcy@sottileandbarile.com
   Attorney for Creditor